[No. 14840-4-II.   Division Two.   December 23, 1992.]

MIKE DUNAGAN, ET AL, *Appellants,* v. CHARLES A. RANDKLEV, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-01959-1, Robert J. Doran, J., entered March 29, 1991. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Seinfeld, J., and Wieland, J. Pro Tem.

[No. 15290-8-II.   Division Two.   December 23, 1992.]

THE WASHINGTON STATE ASSOCIATION OF ELECTRICAL WORKERS, ET AL, *Respondents,* v. THE STATE OF WASHINGTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-01909-1, Robert J. Doran, J., entered December 14, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 11339-6-III.   Division Three.   December 24, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. LEOPOLD DAHLEN KAIRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00399-3, Dennis D. Yule, J., entered January 18, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.